UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOUNIR DIERI,<br><br>　　　　Defendant. | CR 01-1126-RSWL-1<br>CR 00-0024-RSWL-1<br><br>ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO COMPASSIONATE RELEASE [129, 857] |

　　Currently before the Court is Defendant Mounir Dieri's ("Defendant") Motion to Request to Reduce Sentence Pursuant to Compassionate Release ("Motion") [129, 857], filed on October 5, 2020. The Court sets the following briefing schedule:

　　Government's Opposition:　**November 5, 2020**

　　Defendant's Reply:　**December 4, 2020**

///

1

The Motion will be deemed submitted upon receipt of any Reply or on the expiration of the Reply deadline.

**IT IS SO ORDERED.**

DATED: October  8 , 2020          /s/ Ronald S.W. Lew

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge